1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VINCENT M. LOPEZ,                                  )        No. C 05-4337 MMC (PR)
                                                   )
                              Plaintiff,           )        **ORDER OF DISMISSAL**
                                                   )
    v.                                             )
                                                   )        **(Docket No. 2)**
PELICAN BAY STATE PRISON,                          )
                                                   )
                              Defendant.           )
_____           )
                                                   _

        Plaintiff, a California prisoner proceeding pro se, file the above-titled civil rights action

on October 25, 2005.  That same date, the Court notified plaintiff in writing that the action was

deficient due to his failure to pay the requisite filing fee or, instead, submit a completed court-

approved in forma pauperis ("IFP") application.  Specifically, plaintiff was informed that the

IFP application he had submitted did not include a trust account statement showing transactions

for the preceding six months or a certificate of funds form signed by an institution official.  In

said notice, plaintiff was advised that his failure to pay the filing fee or, alternatively, to file a

completed IFP application, including the requisite trust account statement and certificate of

funds, within thirty days, would result in dismissal of the action.  Along with said notice,

plaintiff was sent a copy of the Court's IFP application, instructions for completing it, and a

return envelope.  Plaintiff has not responded.

        As more than thirty days have passed since the deficiency notice and plaintiff has not

completed the IFP application or paid the filing fee, the above-titled action is hereby

DISMISSED without prejudice.

      The incomplete application to proceed in forma pauperis is hereby DENIED.

      This order terminates Docket No. 2.

      The Clerk shall close the file.

      IT IS SO ORDERED.

DATED: December 1, 2005

                            MAXINE M. CHESNEY
                            United States District Judge

**United States District Court**

For the Northern District of California

2